**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CURTIS D. MORGAN** | * | **CIVIL ACTION NO.: 17-00269** |
| **PLAINTIFF,** | * | |
| **VERSUS** | * | **JUDGE: JOHN W. DEGRAVELLES** |
| **THE DOW CHEMICAL CO., ET AL** | * | |
| **DEFENDANTS** | * | **MAG. JUDGE: MICHAEL B. NORTH** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT NOTICE OF SETTLEMENT**

NOW COMES The Dow Chemical Company ("Dow") and Paula Morgan, Connie Morgan Beavers, Curtis Dale Morgan, Jr., Melissa Ann Morgan Bankston, and Jennifer Danielle Morgan Grantham, the statutory survivors of Curtis D. Morgan, Sr. ("Plaintiffs"), who, through their respective undersigned counsel, notify the Court that all claims asserted by Plaintiffs against Dow in this civil action have been resolved. The Parties respectfully request that the Court enter an Order of Dismissal of Dow subject to the right of either Dow or Plaintiffs to seek relief within sixty (60) days of the date of the order should the settlement not be consummated, with each party to bear its own costs, and reserving to Plaintiffs all rights against any remaining defendants, solidary obligors, and all persons and/or entities not named herein.

Respectfully submitted,

*/s/ Lauren R. Bridges*
Charles B. Wilmore (Bar #28812)
Elizabeth S. Wheeler (Bar #21148)
Lauren R. Bridges (Bar #34460)
Jacques C. Mestayer (Bar #37230)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

P. Matthew Jones (Bar # 19641)
**Liskow & Lewis**
451 Florida Street, Suite 1150
Baton Rouge, LA 70801

*Attorneys for The Dow Chemical Company*

*/s/ Jeremiah S. Boling*
David R. Cannella (Bar #26231)
Christopher C. Colley (Bar #30322)
Jeremiah S. Boling (Bar #34249)
**BARON & BUDD, P.C.**
2600 CitiPlace Drive, Suite 400
Baton Rouge, LA 70808
Tel: (225) 927-5441
Fax: (225) 927-5449

*Attorneys for Paula Morgan, Connie Morgan Beavers, Curtis Dale Morgan, Jr., Melissa Ann Morgan Bankston, and Jennifer Danielle Morgan Grantham*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 8th day of February, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record. I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to all attorney(s) of record who are non-CM/ECF participants.

                                                    */s/ Lauren R. Bridges*