MINUTE ENTRY
NORTH, M.J.
FEBRUARY 7, 2019

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

CURTIS D. MORGAN                          CIVIL ACTION

VERSUS                                    NUMBER:  17-00269-JWD-MBN

THE DOW CHEMICAL CO., ET AL.

     The Court has been advised that a settlement agreement was reached in the above matter.  The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE JOHN W. DEGRAVELLES

MJSTAR (00:15)